**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**AT BECKLEY**

| | |
|---|---|
| UNITED MINE WORKERS OF AMERICA INTERNATIONAL UNION and UNITED MINE WORKERS OF AMERICA, LOCAL UNION 8783,<br><br>    Plaintiffs,<br><br>v.<br><br>CORNERSTONE LABOR SERVICES, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 5:21-cv-00411 |

**ORDER GRANTING DISMISSAL**

The Parties' Joint Stipulation of Dismissal, filed with this Court pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is hereby **GRANTED**.

This proceeding is hereby **ORDERED** and **ADJUDGED** to be **DISMISSED WITH PREJUDICE** with each party bearing its own fees and costs. The Court **DIRECTS** the Clerk to remove this case from this Court's docket.

  **IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:  May 3, 2022

        _____
        THOMAS E. JOHNSTON, CHIEF JUDGE